UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-690 (RCL) |
| **PHILIP SEAN GRILLO,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Christopher M. Cook is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: May 5, 2022            MATTHEW M. GRAVES
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 481052

                    By:       *Christopher M. Cook*
                              CHRISTOPHER M. COOK
                              Assistant United States Attorney - Detailee
                              KS Bar Number 23860
                              United States Attorney's Office
                              601 D Street, N.W.
                              Washington, D.C. 20530
                              Telephone: 412-327-3487
                              Email: Christopher.cook5@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 5th day of May, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Christopher M. Cook*
CHRISTOPHER M. COOK
Assistant United States Attorney
