UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No.: 21-CR-690 (RCL) |
| | : |
| **PHILIP SEAN GRILLO,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Christine M. Macey, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

_/s/ Christine M. Macey_
CHRISTINE M. MACEY
Assistant United States Attorney
D.C. Bar No. 1010730
601 D St., NW
Washington, DC  20530
Telephone: (202) 252-7058
Email: Christine.Macey@usdoj.gov