AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cr-690 |
| Phillip Grillo | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Phillip Grillo.

Date: 01/25/2023

*Attorney's signature*

Charles Millioen - DC (90004327); CA (281090)
*Printed name and bar number*

Federal Defenders of New York, Inc.
770 Federal Plaza Central Islip, NY

*Address*

charles_millioen@fd.org
*E-mail address*

(631) 712-6500
*Telephone number*

(631) 712-6505
*FAX number*