**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 15, 2023

<u>Via ECF and Email</u>
Brian Morgan
Christopher Cook
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001

      Re:   <u>United States v. Philip Grillo, 21-CR-690 (RCL)</u>

Dear Mr. Morgan and Mr. Cook:

      By and through undersigned counsel, Mr. Grillo hereby provides notice, pursuant to Federal Rule of Criminal Procedure 12.2(b), that counsel intends to introduce expert testimony at trial relating to a mental disease or defect or any other mental condition bearing on the issue of guilt.

                                  Respectfully Submitted,

                                    _____/s_____

                                   Michael Padden
                                   Assistant Federal Defender
                                   Federal Defenders of New York, Inc.
                                   One Pierrepont Plaza, 16th Floor
                                   Brooklyn, NY 11201

                                   Charles V. Millioen
                                   Assistant Federal Defender
                                   Federal Defenders of New York
                                   770 Federal Plaza
                                   Central Islip, NY 11722

cc:    all counsel of record (via ECF)
         Clerk of Court (via ECF)