Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

PHILIP SEAN GRILLO

Civil/Criminal No. __21-cr-690__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | ~~NOTES~~ MARKED FOR I.D. | RECEIVED IN EVIDENCE |
|---|---|---|---|---|
| 100 Series | General Evidence of the Capitol Grounds and the Riot on January 6th | | | |
| 101 | J 6 Montage video | G. McCRee | 11-28-23 | ✓ |
| 102 | Area Closed Signs and Barricades | | | |
| 103 | Aerial Photo of the Capitol Building and Grounds | G. McCRee | 11-28-23 | ✓ |
| 104 | Map of Restricted Perimeter | | | ✓ |
| 105 | Area Closed Sign | | | ✓ |
| 106 | Drawing of Capitol Building and Grounds | | | |
| 106.1 | Drawing of Capitol Building Second Floor | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 107 | Area Closed Sign and Barricades | G. McCree | 11-28-23 | ✓ |
| 108 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | ↓ | ↓ | ✓ |
| 109 | Area Closed Sign and Barricades | | | |
| 110 | Blueprint - First Floor of Capitol Building | G. McCree | 11-28-23 | ✓ |
| 111 | Blueprint - Second Floor of Capitol Building | ↓ | ↓ | ✓ |
| 112 | Three-Dimensional Depiction of Capitol | | | |
| 113 | Photo of inaugural stage | G. McCree | 11-28-23 | ✓ |
| 114 | West Front Time Lapse Video | ↓ | ↓ | ✓ |
| 115 | Physical Area Closed Sign | | | |
| 116 | Map of Downtown D.C. | B. Carr | 11-30-23 | ✓ |
| | | | | |
| 200 Series | *Secret Service Exhibits* | | | |

2

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNE | MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 201 | Hawa Email | | | |
| 202 | Head of State Worksheet | L. HAWA | 11.29.23 | ✓ |
| 203 | CCTV Evacuation of Vice President | | | ✓ |
| 204 | CCTV Motorcade Video | | | ✓ |
| | | | | |
| | | | | |
| | | | | |
| 300 Series | **U.S. Capitol CCTV Footage** | | | |
| 301 | 0928 – West Terrace | | | |
| 302 | 0924 – ST 22 Exterior | | | |
| 303 | 0925 – Upper Terrace West | G. McCREE | 11.28.23 | ✓ |
| 304 | 0102 – Senate Wing Door | G. McCREE | 11.28.23 | ✓ |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 305 | 0402 – North Crypt | | | |
| 306 | 0171- Memorial Door | | | |
| 307 | 0959-Rotunda South | | | |
| 308 | 0960- Rotunda North | | | |
| 309 | 0686-Rotunda Interior Door 2:30 | G. McCree | 11-29-23 | ✓ |
| 309.1 | 0686- Rotunda Interior Door 3:14 | | | |
| 309.2 | 0686- Rotunda Interior Door 3:19 | | | |
| 310 | 7029- Rotunda Exterior Door from foyer 2:30 | G. McCree | 11-29-23 | ✓ |
| 310.1 | 7029-Rotunda Exterior Door from foyer 3:04 | M. Carrion | 11-30-23 | ✓ |
| 310.2 | 7029- Rotunda Exterior Door from foyer 2:40 | | | ✓ |
| 310.3 | 7029- Rotunda Exterior Door from foyer 2:47 | | | ✓ |
| 310.4 | 7029- Rotunda Exterior Door from foyer 3:05 | M. Carrion | 11-30-23 | ✓ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 311 | 7029- Rotunda Exterior Door from foyer 3:14 | M. CARRION | 11-30-23 | ✓ |
| 311.1 | 7029- Rotunda Exterior Door from foyer 3:16 | | | ✓ |
| 311.2 | 7029- Rotunda Exterior Door from foyer 3:20 | | | ✓ |
| 311.3 | 7029- Rotunda Exterior Door from foyer 3:21 | | | |
| 311.4 | 7029- Rotunda Exterior Door from foyer 3:27 | M. CARRION | 11-30-23 | ✓ |
| 312 | 0944 – West Roof | G. McCREE | 11-28-23 | ✓ |
| 312.1 | Crime Scene Photo taken from West Roof | | | ✓ |
| 312.2 | Additional Crime Scene Photo from West Roof | | | ✓ |
| 313 | Screenshot of Grillo in the Rotunda | G. McCREE | 11-29-23 | ✓ |
| 314 | Screenshot of Grillo near East Rotunda Doors | | | ✓ |
| 315 | East Front timelapse | A. WARNER | 11-29-23 | ✓ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 400 Series | Open Source | | | |
| 401 | Facebook Livestream of karina.moreno.984991 video_10224359382043111.mp4 | B. CARR | 11-30-23 | ✓ |
| 401.1 | Facebook Livestream of karina.moreno.984991 video_10224359382043111.mp4 | ↑ | ↑ | ✓ |
| 402 | Photo from Facebook account of Karina S Zmich | | | |
| 402.1 | Photo from Facebook account of Karina S Zmich | B. CARR | 11-30-23 | ✓ |
| 402.2 | Photo from Facebook account of Karina S Zmich | | | |
| 403 | Access2Activism Original source video no longer on Facebook | P. GRILLO | 12-1-23 | ✓ |
| 403.1 | Access2Activism Original source video no longer on Facebook | G. McCREE | 11-29-23 | ✓ |
| 404 | YouTube video - Wild interviews in Washington DC | | | |
| 405 | Parler video on Way Back Machine https://web.archive.org/web/submit?url=https://video.parler.com/uj/rF/ujrFiOhavQkJ.mp4 | G. McCREE | 11-29-23 | ✓ |

6

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 407 | Video of Grillo on West Front in front of mob when loud explosion can be heard | G. McCree | 11-28-23 | ✓ |
| 408 | YouTube \| Tyler Baggins (Tylerbaggins) Man Dies at DC Capitol Protest-fy43CT_IWpE.mp4 | | | ✓ |
| 409 | Video West Front stairs 20210106_141908.mp4 | | | |
| 410 | Video Upper West Terrace 20210106_142142.mp4 | G. McCree | 11-28-23 | ✓ |
| 411 | YouTube \| RMG News (rmgnewsla) Inside the 2021 Storming of the United States Capitol. Full, Unedited | | | ✓ |
| 412 | 266T-CE-3370022_0000029_1A0000002_0000002 | | | ✓ |
| 413 | Internet Archive 2Nyw59bgjtrLh3edi | | | |
| 414 | Instagram \| chrismatography 135794555_693400508233214_6105879088557005775_n.mp4 | P. Grillo | 12-1-23 | ✓ |
| 415 | Internet Archive Ww9qAbejiqiotwmY8 | A. Warner | 11-29-23 | ✓ |
| 416 | Twitter @ParlerVideos Apr 11 post | M. Carrion | 11-30-23 | ✓ |

7

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 417 | Facebook \| Nguyễn Tuấn video_207048461126748.mp4 | M. CARRION | 11-30-23 | ✓ |
| 418 | Internet Archive video TCCjqzPog9BXzpzqy | A. WARNER | 11-29-23 | ✓ |
| 418.2 | Video TheUSCapitolBreachAsItHappened_EastDoors | | | |
| 419 | Twitter \| artemis360 Artemis - #AmericaFirst #WeThePeople #MAGA 2.mp4 | M. CARRION | 11-30-23 | ✓ |
| 420 | TruNews Video * WITHOUT SOUND | | | ✓ |
| 420.1 | TruNews Video * WITHOUT SOUND | | | ✓ |
| 421 | Washington Post Video | | | |
| 422 | Nigrotime Youtube | | | |
| 423 | 143800_Parler_wsRe9EYoao7V | | | |
| 424 | Getty images video BETTER QUALITY - Grider Montoya.mp4 | G. McCREE | 11-29-23 | ✓ |
| 425 | Facebook, hyperbole, Capitol Protest in Washington DC | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 426 | @philqueensny Twitter | B. CARR | 11-30-23 | ✓ |
| 427 | Queens GOP website | | | |
| 428 | Tweet 1/7/18 | B. CARR | 11-30-23 | ✓ |
| 429 | Tweet 8/15/18 | | | |
| 430 | Tweet 3/25/19 | B. CARR | 11-30-23 | ✓ |
| 431 | Tweet 6/23/19 | | | ✓ |
| 432 | Tweet 7/1/19 | B. CARR | 11-30-23 | ✓ |
| 433 | Tweet 12/29/20 | | | ✓ |
| 434 | Tweet 11/25/20 | | | ✓ |
| 435 | Tweet 11/15/20 | | | ✓ |
| 436 | | | | ✓ |
| 500 Series | Body Worn Camera | | | |

9

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 501 | N/A | | | |
| 502 | N/A | | | |
| | | | | |
| 600 Series | *Defendant Interviews/302/Statements* | | | |
| 601 | Video of post-arrest interview | | | |
| 602 | Transcript of Defendant's recorded interview | | | |
| | | | | |
| | | | | |
| 700 Series | *Search Warrant Results* | | | |
| 701 | Knights of Columbus Jacket | B. CARR | 11·30·23 | ✓ |
| 702 | Northface Hat | ⊥ | ⊥ | ✓ |
| 703 | Copy of Bill of Rights | | | |

10

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES MARKED FOR I.D. | IN evidence |
|---|---|---|---|---|
| 800 Series | Congressional Exhibits | | | |
| 801 | Congressional Video Montage | D. SCHWAGER | 11-29-23 | ✓ |
| 801A | Screenshot of House Chamber | | | |
| 802 | 12th Amendment | D. SCHWAGER | 11-29-23 | ✓ |
| 803 | 3 USC 15 | | | ✓ |
| 804 | 3 USC 16 | | | ✓ |
| 805 | 3 USC 17 | | | |
| 806 | 3 USC 18 | | | |
| 807 | Congressional Resolution | | | |
| 808 | Senate Recording Studio Certificate of Authenticity | | | |
| 809 | House Recording Studio Certificate of Authenticity | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 810 | Congressional Record - Senate | | | |
| 811 | Congressional Record - House | | | |
| | | | | |
| | | | | |
| 900 Series | Phone | | | |
| 901 | Video: _6442 Outside | B. CARR | 11.30.23 | ✓ |
| 902 | Video: _6443 Rally | " | " | ✓ |
| 903 | Video: _6444 Crowd | | | |
| 904 | Video: _6459 West Plaza | | | |
| 905 | Video: _6461 West Plaza | | | |
| 906 | Video: _6462 West Plaza | | | |
| 907 | Video: _6463 West Plaza | G. McCREE | 11.28.23 | ✓ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 908 | Video: _6466 Inside | | | |
| 909 | Video: _6467 Rotunda | | | |
| 910 | Video: _6468 Rotunda | | | |
| 911 | Video: _6469 Rotunda | | | |
| 912 | Video: _6470 Rotunda | | | |
| 913 | Video: _6471 Rotunda | | | |
| 914 | Video: _6472 Rotunda | | | |
| 915 | Video: _6473 East Front | G. McCree | 11.29.23 | ✓ |
| 916 | Video: _6475 East Front | B. CARR | 11.30.23 | ✓ |
| 917 | Video: _6478 East Front | ↓ | ↓ | ✓ |
| 918 | Video: _6488 Rotunda Foyer | | | |
| 919 | Text to Steve Von Grammar 1/7/21 (UTC time) 1/6/21 (actual time) | B. CARR | 11.30.23 | ✓ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 920 | Email from pressoffice@donaldtrump.com 11/6/20 | | | |
| 921 | Tweet from Sean Banayan 1/7/21 | B. CARR | 11·30·23 | ✓ |
| 922 | Instant message from Hector Peguero 11/6/20 | | | |
| 923 | Grillo sharing post about election fraud | | | |
| 1000 Series | Stipulations | | | |
| 1001 | [Placeholder for Speech] | | | |
| 1002 | The Capitol Building and Grounds | G. McCREE | 11·28·23 | ✓ |
| 1003 | The Certification of the Electoral College Vote | D. SCHWAGER | 11·29·23 | ✓ |
| 1004 | House and Senate Compilation Video | ⊥ | ⊥ | ✓ |
| 1005 | [Placeholder for Grillo's presence in/around Capitol] | | | |
| 1006 | United States Capitol Police Closed Circuit Video Monitoring | G. McCREE | 11·28·23 | ✓ |
| 1007 | MPD Body Worn Camera | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | MARKED FOR I.D. | IN EVIDENCE |
|---|---|---|---|---|
| 1008 | Philip Sean Grillo's Cell Phone | B. CARR | 11-30-23 | ✓ |
| 1009 | Items Obtained During Search | | | ✓ |
| 601.1 | VIDEO OF FBI INTERVIEW | P. GRILLO | 12-1-23 | ✓ |
| 601.3 | | | | ✓ |
| 601.10 | | | | ✓ |
| 601.11 | | | | ✓ |
| 601.12 | | | | ✓ |

15