CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

PHILIP SEAN GRILLO

Civil/Criminal No.: __21cr690 (RCL)__

## NOTE FROM JURY

The jury has reached a verdict

Date: 12/5/23

Time: 1:55 pm