UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

PHILIP SEAN GRILLO,

*Defendant.*

Case No. 1:21-cr-690-RCL

## VERDICT FORM

**COUNT ONE**: Obstruction of an Official Proceeding:

__X__ Guilty        _____ Not Guilty

**COUNT TWO**: Entering or Remaining in a Restricted Building or Grounds:

__X__ Guilty        _____ Not Guilty

**COUNT THREE**: Disorderly or Disruptive Conduct in a Restricted Building or Grounds

__X__ Guilty        _____ Not Guilty

**COUNT FOUR**: Disorderly Conduct in a Capitol Building

__X__ Guilty        _____ Not Guilty

**COUNT FIVE**: Parading, Demonstrating, or Picketing in a Capitol Building

__X__ Guilty        _____ Not Guilty

Date: 12/5/23        Jury Foreperson: