*[Handwritten annotation: Slide from US closing argument - let this be filed. Royce C. Lamberth, U.S.D.J. 12/8/23]*

# Uncorroborated

- He testified that he ate a bag of gummies, drank a case of seltzers (with Alicia), and had mental health issues on January 6

  - Not corroborated by other evidence

  - Attorney's questions not evidence

  - Video evidence ambiguous