## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:21-CR-690-RCL |
| PHILIP SEAN GRILLO, | |
| *Defendant.* | |

### ORDER

On November 21, 2023, the Court issued a Memorandum Order in this case that was filed under seal. ECF No. 94. In the same Order, the Court directed the parties to identify their proposed redactions to the Order, if any, by Monday, November 27, 2023, so that the Court could file a redacted version on the public docket. Neither Mr. Grillo nor the government filed any proposed redactions. Accordingly, the Court hereby **ORDERS** that the Court's Memorandum Order, ECF No. 94, be immediately unsealed.

**IT IS SO ORDERED.**

Date: July 1_, 2024

Royce C. Lamberth
United States District Judge

1