**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-CR-690 (RCL)** |
| **v.** : | |
| : | |
| **PHILIP SEAN GRILLO,** : | |
| : | |
| **Defendant.** : | |

**NOTICE REGARDING COUNT 1 OF THE INDICTMENT**

    The government provides notice that, in light of *Fischer v. United States,* 603 U.S.__, 2024 (June 28, 2024), the government will not oppose the defendant's Motion for Judgment of Acquittal on Count 1 of the Indictment in violation of 18 U.S.C. § 1512(C)(2). ECF 130. The government is prepared to proceed with sentencing on the remaining counts of the indictment on October 4, 2024.

                                  Respectfully submitted,
                                  MATTHEW M. GRAVES
                                United States Attorney
                                DC Bar No. 481052


By:    /s/ *Eli J. Ross*
           Eli J. Ross
           Assistant United States Attorney
           IL Bar No. 6321411
           U.S. Attorney's Office for the District of Columbia
           601 D Street, N.W.
           Washington, D.C. 20530
           Phone: (202) 297-1515
           Email: Eli.Ross@usdoj.gov