UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | No. 21-CR-690 (RCL) |
| : | |
| **PHILLIP SEAN GRILLO,** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S OPPOSITION TO DEFENDANT PHILLIP GRILLO'S
### MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant Phillip Grillo's ("Grillo") Motion to Continue. ECF 142. A jury found Grillo guilty of all counts on December 5, 2023, after a seven-day jury trial. ECF 112. Grillo is set for sentencing on December 6, 2024. *See* Minute Entry, October 1, 2024. Sentencing in this case has already faced considerable delay. *See* Minute Entry, October 1, 2024, June 28, 2024, July 29, 2024, October 1, 2024. Speculating about a potential pardon is not grounds for further delay and the government is prepared to proceed with sentencing on December 6, 2024. The Court should therefore deny the defendant's motion.

There is a public interest in the prompt and efficient administration of justice. The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. *See United States v. Baker*, No. 24-cr-121 (CRC), Nov. 11, 2024 Minute Order (denying substantively identical motion to continue); *United States v. Johnson*, No. 24-cr-141 (JDB), Nov. 13, 2024 Minute Order (same); *see also, e.g.*, *United States v. Avery*, No. 24-cr-79 (CRC), Nov. 6, 2024 Minute Order (denying continuance of sentencing hearing based on claim of potential clemency); *United States v. Fuller*, No. 23-cr-209 (CKK), Nov. 6, 2024 Minute Entry (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion

to continue status conference based on claim of potential clemency); *United States v. Lichnowski*, No. 23-cr-341 (RBW), Nov. 7, 2024 Minute Order (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Heffner*, No. 24-cr-260 (APM), Nov. 11, 2024 Minute Order (denying motion to stay proceedings based on claim of potential clemency).

Grillo's citation to Special Counsel Jack Smith's motion to vacate a briefing schedule in the matter of *United States v. Trump*, No. 23-cr-257 (TSC), is inapposite. That motion refers to the "unprecedented circumstance" of a criminal defendant being "expected to be certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025." *See id.*, ECF No. 142. The need to "determine the appropriate course going forward consistent with Department of Justice policy," *id.*, is not similarly implicated in this case, where Grillo is a private citizen.

Grillo has been tried and convicted. The sentencing memos and pre-trial sentencing reports have already been submitted for the Court's consideration. ECF 136, 137, 140. The government is prepared to move forward. Therefore, for the foregoing reasons, the Court should deny the defendant's motion to continue and proceed with sentencing on December 6, 2024.

       Respectfully submitted,

       MATTHEW M. GRAVES
       United States Attorney
       D.C. Bar No. 481052

BY:   /s/ Eli J. Ross
       Eli Ross
       Assistant United States Attorney
       Bar No. IL 6321411
       U.S. Attorney's Office for the District of Columbia
       601 D Street, N.W.
       Washington, D.C. 20530
       Phone: (202) 297-1515
       Email: Eli.Ross@usdoj.gov