NOTICE OF APPEAL
UNITED STATES DISTRICT COURT
District of Columbia

_____

**UNITED STATES OF AMERICA**                                      Docket Number: **21-cr-690 (RCL)**

    -v-                                                                                  District Court Judge: **Honorable Royce C. Lamberth**

**Philip Sean Grillo**
                        **Defendant.**
_____

**Notice is hereby given that Philip Sean Grillo appeals to the United States Court of Appeals for the District of Columbia from the:**

☒ Judgement
☐ Order
☐ Other: _____           entered in this action on   **12/6/2024**

**Offense occurred after November 1, 1987:** ☒ Yes     **The appeal concerns:** ☐ Conviction Only
                                                        ☐ No               ☐ Sentence Only
                                                                                                ☒ Conviction and Sentence

**DATE:**     **December 16, 2024**

| | |
|---|---|
| TO:   AUSA Eli Joseph Ross, Esq. | BARRY D. LEIWANT, ESQ.<br>**Counsel for Appellant**<br>FEDERAL DEFENDERS OF NEW YORK, INC.<br>52 Duane Street - 10th Floor<br>New York, NY 10007<br>(212) 417-8700 |
| FROM:   Philip Sean Grillo<br>          Reg. No. 83880-053<br><br>       Charles V. Millioen, Esq.<br>       *Of Counsel* | |

---

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE). |
| ☒ I am ordering a transcript<br>☐ I am not ordering a transcript<br>REASON:<br>☐ Daily copy is available<br>☐ U. S. Attorney has placed order<br>☐ Other: (Attach explanation) | ☐ Pre-trial Proceedings:<br>☐ Trial:<br>☒ Sentencing Hearing: **12/6/2024**<br>☐ Post-trial proceedings: |
| The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b))  ► Method of payment ☐ Funds   ☐ CJA Form 24   ☒ Federal Defenders of New York, Inc. ||
| Attorney's Signature:<br>*Charles V. Millioen/bp* | Date:   **December 16, 2024** |

►COURT REPORTER ACKNOWLEDGMENT-To be completed by Court Reporter and forward to Court of Appeals.

| Date order received: | Estimated<br>Completion Date: | Estimated<br># of Pages: |
|---|---|---|
| | | |

Date _____           Signature_____
                                                                                                                       (Court Reporter)